```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARINO PENA,

                Plaintiff,

   -against-

EL NUEVO VALLE #2 RESTAURANT CORP. d/b/a
EL NUEVO VALLE #2 LECHONERA,
DELVY CASTRO ACOSTA, CARLOS CASTRO
ACOSTA, RUBEN ATICE, and JOHN DOES 1-5,

                Defendants.
------------------------------------------------------------------X

Case No. 24-CV-7640
(AT) (VF)

**JUDGMENT**

     **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants El Nuevo Valle #2 Restaurant Corp., Delvy Castro Acosta, Carlos Castro Acosta, and Ruben Atice ("Defendants") having offered to allow plaintiff Marino Pena ("Plaintiff") to take a judgment against them, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 16, 2025, and filed as Exhibit "A" to Docket No. 22;

     **WHEREAS**, on June 24, 2025, Plaintiff's attorneys having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Docket 22);

     It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiff in the amount of Forty-Seven Thousand Five Hundred Dollars ($47,500.00), and the clerk is directed to close the case.

     The Clerk of Court is respectfully directed to delete "on behalf of himself and others similarly situated" from the case caption.

Dated: June 25, 2025
       New York, New York

                                               _____
                                                  ANALISA TORRES
                                          United States District Judge